2008–0225.   State v. Pederi.
Hamilton App. No. C–070002.

2008–0267.   State v. Smith.
Hamilton App. No. C–061085.

2008–0288.   State v. Eichhorn.
Morrow App. No. 02–CA–953.

2008–0338.   State v. Thomas.
Wood App. No. WD–06–014, 2007-Ohio-3466.

2008–0373.   State v. Kendrick.
Montgomery App. No. 21790, 2007-Ohio-6136.

2008–0386.   State v. Duncan.
Clark App. No. 2006 CA 109, 2007-Ohio-4079.

2008–0475.   State v. Holloman.
Franklin App. No. 06AP–01, 2007-Ohio-840.

2008–0515.   In re N.W.
Franklin App. Nos. 07AP–590 and 07AP-591, 2008-Ohio-297.

2008–0552.   In re J.E.
Summit App. No. 23865, 2008-Ohio-412.

## RECONSIDERATION OF PRIOR DECISIONS

2006–1913.   Borkowski v. Abood.
Lucas App. No. L–05–1425, 169 Ohio App.3d 31, 2006-Ohio-4913. Reported at 117 Ohio St.3d 347, 2008-Ohio-857, 884 N.E.2d 7. On motion for reconsideration. Motion denied.

2007–2004.   State v. Fisher.
Stark App. No. 2006CA00338, 2007-Ohio-4820. Reported at 117 Ohio St.3d 1405, 2008-Ohio-565, 881 N.E.2d 273. On motion for reconsideration. Motion denied.
   O'DONNELL, J., dissents.

2007–2007.   State v. Anello.
Stark App. No. 2006CA00340, 2007-Ohio-4822. Reported at 117 Ohio St.3d 1405, 2008-Ohio-565, 881 N.E.2d 274. On motion for reconsideration. Motion denied.
   O'DONNELL, J., dissents.

2007–2059.   Cotton v. Oberdier.
Franklin App. No. 07AP–639. Reported at 117 Ohio St.3d 1406, 2008-Ohio-565, 881 N.E.2d 274. On motion for reconsideration. Motion denied.

2007–2112.   State v. Morris.
Pickaway App. No. 06CA28, 2007-Ohio-5291. Reported at 117 Ohio St.3d 1407, 2008-Ohio-565, 881 N.E.2d 275. On motion for reconsideration. Motion denied.
   LUNDBERG STRATTON and LANZINGER, JJ., dissent.

2007–2117.   State v. Smith.
Summit App. No. 23542, 2007-Ohio-5119. Reported at 117 Ohio St.3d 1407, 2008-Ohio-565, 881 N.E.2d 275. On motion for reconsideration. Motion denied.
   O'CONNOR, J., not participating.

2007–2227.   State ex rel. Mun. Constr. Equip. Operators' Labor Council v. Cleveland.
In Mandamus. Reported at 117 Ohio St.3d 1403, 2008-Ohio-565, 881 N.E.2d 272. On motion for reconsideration. Motion denied.